[No. 32668-0-II. Division Two. June 14, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. BRANDON R.
PALMER, *Appellant.*

Appeal from a judgment of the Superior Court for Grays
Harbor County, No. 04-8-00312-0, Jean A. Cotton, J. Pro
Tem., entered December 22, 2004. *Affirmed* by unpublished
opinion per Armstrong, J., concurred in by Houghton and
Penoyar, JJ.

[No. 32845-3-II. Division Two. June 14, 2006.]

ALAN C. FOWLER ET AL., *Appellants,* v. JAMES D. LOUCKS
ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 04-2-06181-0, John A. McCarthy, J., entered
February 2, 2005. *Reversed* by unpublished opinion per
Houghton, J., concurred in by Quinn-Brintnall, C.J., and
Van Deren, J.

[Nos. 32857-7-II; 33460-7-II. Division Two. June 14, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. RANDY DAVID
McDONALD, *Appellant.*

Appeals from a judgment of the Superior Court for Lewis
County, No. 04-1-00289-8, Richard L. Brosey, J., entered
February 2, 2005. *Affirmed* by unpublished opinion per
Van Deren, J., concurred in by Quinn-Brintnall, C.J., and
Hunt, J.

[No. 32960-3-II. Division Two. June 14, 2006.]

DOUGLAS H. PRESTRUD, *Appellant,* v. VIVIAN BLANCO ET AL.,
*Respondents.*

Appeal from a judgment of the Superior Court for
Thurston County, No. 04-2-01855-0, Gary Tabor, J., entered
March 9, 2005. *Affirmed* by unpublished opinion per
Armstrong, J., concurred in by Quinn-Brintnall, C.J., and
Houghton, J.